

1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9    FOR THE CENTRAL DISTRICT OF CALIFORNIA

10             EASTERN DIVISION

11   UNITED STATES OF AMERICA,        )   NO. EDCV 17-1872 DMG (SPx)
                                      )
12            Plaintiff,              )
                                      )
13        vs.                         )   [PROPOSED] ORDER LIFTING
                                      )   STAY FOR THE LIMITED PURPOSE
14   REAL PROPERTY LOCATED AT         )   OF ALLOWING PLAINTIFF TO FILE
     10681 PRODUCTION AVENUE,         )   MOTION TO STRIKE CLAIM OF
15   FONTANA, CALIFORNIA,             )   10681 PRODUCTION AVENUE, LLC
                                      )
16            Defendant.              )
                                      )
17   _____ )
                                      )
18   10681 PRODUCTION AVENUE, LLC,    )
                                      )
19            Claimant.               )
                                      )
20   _____ )

21

22        Plaintiff United States has applied ex parte (with notice) for an order lifting

23   stay of this action for the limited purpose of allowing the government to file a

24   motion to strike the claim of 10681 Production Avenue, LLC.

25        Good cause appearing therefor, plaintiff's application is GRANTED.  IT IS

26   / / /

27   / / /

28   / / /

1

1  HEREBY ORDERED that the stay of this action is lifted for the limited purpose of

2  allowing the government to file a motion to strike the claim of 10681 Production

3  Avenue, LLC.

4      IT IS SO ORDERED.

5

6  DATED: _____, 2019      _____

7                                    THE HONORABLE DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE
8

9

10 Presented by:

11 NICOLA T. HANNA
   United States Attorney
12 BRANDON D. FOX
   Assistant United States Attorney
13 Chief, Criminal Division

14 _____/s/ Steven R. Welk_____
15 STEVEN R. WELK
   Assistant United States Attorney
16 Chief, Asset Forfeiture Section

17

18 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
19

20

21

22

23

24

25

26

27

28

2