UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 10681 PRODUCTION AVENUE, FONTANA, CALIFORNIA,<br><br>Defendant.<br><br>10681 PRODUCTION AVENUE, LLC,<br><br>Claimant. | NO. ED CV 17-1872-DMG (SPx)<br><br>ORDER LIFTING STAY FOR THE LIMITED PURPOSE OF ALLOWING PLAINTIFF TO FILE MOTION TO STRIKE CLAIM OF 10681 PRODUCTION AVENUE, LLC [43] |

1

Plaintiff United States has applied ex parte (with notice) for an order lifting stay of this action for the limited purpose of allowing the government to file a motion to strike the claim of 10681 Production Avenue, LLC.

Good cause appearing therefor, plaintiff's application is GRANTED.  IT IS HEREBY ORDERED that the stay of this action is lifted for the limited purpose of allowing the government to file a motion to strike the claim of 10681 Production Avenue, LLC.

IT IS SO ORDERED.

DATED: September 9, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2