NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (CBN: 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-6166
    Facsimile: (213) 894-0142
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>REAL PROPERTY LOCATED AT 10681 PRODUCTION AVENUE, FONTANA, CALIFORNIA,<br><br>    Defendant.<br><br>10681 PRODUCTION AVENUE, LLC,<br><br>    Claimant. | NO. EDCV 17-1872 DMG (SPx)<br><br>APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK AGAINST THE INTERESTS OF ALL POTENTIAL CLAIMANTS EXCEPT FOR CLAIMANT 10681 PRODUCTION AVENUE, LLC<br><br>[Fed. R. Civ. P. 55(a) and Local Rule 55-1] |

      Pursuant to Local Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55-1 of the Local Rules of Practice for the Central District of California, Plaintiff United States of America hereby respectfully applies for entry of default by the Clerk in the instant action against the interests of all other potential

1

claimants to the defendant real property other than 10681 Production Avenue, LLC ("Claimant" or "Production").

This application is based on the facts set forth in the attached Declaration of Steven R. Welk (the "Welk Declaration"), and appearing in the Court's file.

As set forth more particularly in the Welk Declaration: (i) notice of this action has been published as required by Supplemental Rule G(4) and Local Rules C(3) and C(4)(a)(1); (ii) Plaintiff has mailed notice of this action to the only known potential claimant (Production) as required by Local Rule C(4)(a)(3); (iii) Claimant filed a claim on October 3, 2017 (Docket No. 13); (iv) no other potential claimant has filed a claim or answer in this action, and the time to file a claim or answer has expired; (v) Claimant is not a minor nor an incompetent person; and (vi) Claimant does not serve in the U.S. military, and the Servicemembers Civil Relief Act of 2003 therefore does not apply.

DATED: September 16, 2019   NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

      /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF STEVEN R. WELK**

I, Steven R. Welk, hereby declare and state as follows:

I have personal knowledge of the following facts and, if called as a witness, would testify thereto under oath.

1. I am an Assistant United States Attorney in the Central District of California. In my capacity as an Assistant United States Attorney, I am chiefly responsible for the representation of the government's interest in this action, entitled *U.S. v. Real Property Located at 10681 Production Avenue, Fontana, California*, No. EDCV 17-1872 DMG (SPx). After reviewing Plaintiff's file and records in this case, I am informed and believe that:

2. On September 14, 2017, the government filed a Verified Complaint for Forfeiture as to the defendant real property, located at 10681 Production Avenue, Fontana, California ("defendant property"), pursuant to 19 U.S.C. § 1595a(a).

3. Process was executed upon the defendant property by the Department of Homeland Security, Bureau of Customs and Border Protection, in accordance with Supplemental Rule E(4)(b) on September 14, 2017. Attached hereto as Exhibit "A" is a true and correct copy of the executed process receipt filed with the court.

4. Beginning on September 25, 2017, notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Attached hereto as Exhibit "B" is a true and correct copy of the internet Proof of Publication.

5. In accordance with Supplemental Rule G(5), all interested parties who did not receive direct notice were required to file a claim no later than 60 days after the first day of publication of an official internet government forfeiture site, and an answer within 21 days thereafter. The first day of publication of this action on the

government forfeiture site was September 25, 2017.  Accordingly, the time to file a claim and answer for all interested parties expired on November 24, 2017, and December 15, 2017, respectively.

6. Claimant, who was the only known potential claimant, and received direct notice of this action, filed a claim on October 3, 2017 (Docket No. 13).

7. Plaintiff has not received a filed claim from any potential claimant other than Claimant.

8. The government has no knowledge of any potential claimant who is a minor nor an incompetent person.

9. The government has no knowledge of any potential claimant who serves in the U.S. military; accordingly, the Servicemembers Civil Relief Act of 2003 does not apply.

I declare under penalty of perjury, under the laws of the United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed on September 16, 2019 in Los Angeles, California.

      /s/ Steven R. Welk
STEVEN R. WELK