

# Department of the Treasury
### *Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF United States of America | COURT CASE NUMBER EDCV 17-1872 DMG (SPx) |
|---|---|
| DEFENDANT Real Property Located at 10681 Production Avenue, Fontana, CA | TYPE OF PROCESS Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE 10681 PRODUCTION AVENUE LLC |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) 10681 PRODUCTION AVENUE, FONTANA, CA 92337 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| AUSA Steven R. Welk U.S. Attorney's Office, Asset Forfeiture Section 1400 U.S. Courthouse 312 N. Spring Street Los Angeles, CA 90012 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)
Agency Case Number: UL08HR17UL0001
Agency Seizure Number: 2017-2704-900015-01

Please post and walk Complaint, Notice and Lis Pendens.

| Signature of Attorney or other Originator requesting service on behalf of | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NO. 213-894-6166 | DATE 09/14/2017 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE 9/14/17 | TIME OF SERVICE 12:45 | ☐ AM ☒ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY SPECIAL AGENT, HSI | | |

REMARKS: on 9-14-2017, the following documents were posted at entrance of 10681 Production Ave, Fontana, CA
1) Complaint
2) Notice of Filing Complaint
3) Lis Pendens

TD F 90-22.48 (6/96)                            5                            Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | EDCV 17-1872-DMG-SP |
| ) | |
| REAL PROPERTY LOCATED AT 10681 ) | |
| PRODUCTION AVENUE, FONTANA, ) | |
| CALIFORNIA, ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 25, 2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1, which consists of a copy of the notice on the www.forfeiture.gov website, and as evidenced by Attachment 2, the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2017, at Los Angeles, CA.

_/s/ Ricardo Reyes_

Ricardo Reyes
Records Examiner

Exhibit B

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION
## COURT CASE NUMBER: EDCV 17-1872; NOTICE OF FORFEITURE ACTION

Pursuant to 19 U.S.C. § 1595a, the United States filed a verified Complaint for Forfeiture against the following property:

Real Property Located at 10681 Production Avenue, Fontana, CA 92337
(17-ICE-001364)

The custodian of the property is Fines, Penalties, and Forfeitures, Department of Homeland Security, Bureau of Customs and Border Protection, located at 301 East Ocean Boulevard, Suite 900, Long Beach, CA 90802

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (September 25, 2017) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 3470 Twelfth Street, Room 134, Riverside, CA 92501, and copies of each served upon Assistant United States Attorney Steven R. Welk, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Attachment 2



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 25, 2017 and October 24, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. REAL PROPERTY LOCATED AT 10681 PRODUCTION AVENUE, FONTANA, CALIFORNIA,

**Court Case No:** EDCV 17-1872
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/25/2017 | 23.9 | Verified |
| 2 | 09/26/2017 | 23.9 | Verified |
| 3 | 09/27/2017 | 24.0 | Verified |
| 4 | 09/28/2017 | 24.0 | Verified |
| 5 | 09/29/2017 | 24.0 | Verified |
| 6 | 09/30/2017 | 24.0 | Verified |
| 7 | 10/01/2017 | 24.0 | Verified |
| 8 | 10/02/2017 | 24.0 | Verified |
| 9 | 10/03/2017 | 24.0 | Verified |
| 10 | 10/04/2017 | 24.0 | Verified |
| 11 | 10/05/2017 | 24.0 | Verified |
| 12 | 10/06/2017 | 24.0 | Verified |
| 13 | 10/07/2017 | 24.0 | Verified |
| 14 | 10/08/2017 | 24.0 | Verified |
| 15 | 10/09/2017 | 24.0 | Verified |
| 16 | 10/10/2017 | 24.0 | Verified |
| 17 | 10/11/2017 | 24.0 | Verified |
| 18 | 10/12/2017 | 24.0 | Verified |
| 19 | 10/13/2017 | 24.0 | Verified |
| 20 | 10/14/2017 | 24.0 | Verified |
| 21 | 10/15/2017 | 24.0 | Verified |
| 22 | 10/16/2017 | 24.0 | Verified |
| 23 | 10/17/2017 | 24.0 | Verified |
| 24 | 10/18/2017 | 24.0 | Verified |
| 25 | 10/19/2017 | 24.0 | Verified |
| 26 | 10/20/2017 | 24.0 | Verified |
| 27 | 10/21/2017 | 24.0 | Verified |
| 28 | 10/22/2017 | 24.0 | Verified |
| 29 | 10/23/2017 | 24.0 | Verified |
| 30 | 10/24/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.