NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (CBN 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone:  (213) 894-6166
    Facsimile:  (213) 894-0142
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| UNITED STATES OF AMERICA, | NO. EDCV 17-1872 DMG (SPx) |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S STATUS REPORT PURSUANT TO AUGUST 22, 2019 COURT ORDER** |
| REAL PROPERTY LOCATED AT 10681 PRODUCTION AVENUE, FONTANA, CALIFORNIA, | |
| Defendant. | |
| 10681 PRODUCTION AVENUE, LLC, | |
| Claimant. | |

Pursuant to this Court's August 22, 2019 Order, Plaintiff United States of America (the "government") submits this status report.

1

On February 23, 2018, the government and claimant 10681 Production Avenue, LLC ("claimant"), entered into a stipulation and request to stay this action.  Docket Number ("DN") 30.  The stay order was entered on February 26, 2018.  DN 32.  In that stay order, the government was ordered to submit status reports every 90 days regarding the status of the related criminal matter.  *Id.*

### *United States v. Zhongtian Liu, et al.*

On May 7, 2019, the government obtained an indictment in *United States v. Zhongtian Liu, et al.*, CR 19-282 RGK, which was filed under seal.  The statutory authority for this court's imposition of the stay in this case is 18 U.S.C. § 983(g)(1), which provides that "upon motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation *or the prosecution of a related criminal case.*" (Emphasis added.).  Because the underlying facts of the instant action and the *Liu* prosecution are the same, the government requests that the stay in this case remain in effect.

The *Liu* indictment was unsealed on July 30, 2019, at which time the government commenced execution of service of the *Liu* summons on the corporate defendants, which include 10681 Production Avenue, LLC, the claimant in this action.

On September 4, 2019, the government filed a motion for certification of facts and issuance of an order to show cause in the *Liu* matter.  *Liu* DN 52.  In that motion, the government requested that the Hon. Gail J. Standish, United States Magistrate Judge, certify facts concerning six defendants' failure to appear for their initial appearance date, and issue an order to show cause why said defendants should not be held in contempt.[1]  Each of those defendants received a summons to

---

[1] The six defendants are (1) Perfectus Aluminium Inc.; (2) Perfectus Aluminum Acquisitions, LLC; (3) Scuderia Development, LLC; (4) 1001 Doubleday, LLC;

appear before the Court on August 26, 2019, and had notice of the appearance date. In addition, an attorney for the six U.S. entities indicated to the government that he and his clients were aware that the entities had been summonsed to appear before the Court on August 26, 2019, but the attorney stated that he had not been authorized by his clients to appear.  *Id.*  On September 6, 2019,  the Hon. Gail J. Standish ordered that the U.S. entities show cause in writing why they should not be adjudged in contempt by reason of the facts so certified by September 11, 2019. That Court further ordered the U.S. entities to appear before the Hon. R. Gary Klausner on September 12, 2019.  *Liu* DN 55.

On September 12, 2019, Judge Klausner placed Perfectus Aluminum Inc., Perfectus Aluminum Acquisitions, LLC and Scuderia Development, LLC in civil contempt for not appearing before the Court.  *Liu* DN 57.  The order to show cause as to 1001 Doubleday, LLC, Von-Karman - Main Street, LLC and 10681 Production Avenue, LLC was continued to October 3, 2019.  *Id.*  On September 19, 2019, Judge Klausner issued an order for civil contempt sanctions as to Perfectus Aluminum Inc., Perfectus Aluminum Acquisitions, LLC and Scuderia Development, LLC.   *Liu* DN 59.

On October 3, 2019, Judge Klausner found 1001 Doubleday, LLC, Von-Karman - Main Street, LLC and 10681 Production Avenue, LLC in civil contempt for not appearing before the Court.  *Liu* DN 63.  On October 7, 2019, Judge Klausner issued an order for civil contempt sanctions as to 1001 Doubleday, LLC, Von-Karman - Main Street, LLC and 10681 Production Avenue, LLC.  *Id.*

As of this date, the U.S. entities still have not appeared in the *Liu* matter.

**The Instant Action**

On September 6, 2019, the government filed an ex parte application to lift the stay for the limited purpose of allowing the government to file a motion to

---

(5) Von Karman-Main Street, LLC; and (6) 10681 Production Avenue, LLC (collectively, the "U.S. entities").

strike the claim of claimant.  DN 43.  The application was granted on September 9, 2019.  DN 44.  On September 16, 2019, the government filed a motion to strike the claim of claimant.  DN 46.  That motion was set for hearing on October 18, 2019 at 9:30 a.m.  *Id.*  On the same day be government's motion was filed, Marc Greenberg, counsel for claimant, filed a notice of withdrawal of counsel.  DN 45.  On September 17, 2019, this Court struck Mr. Greenberg's notice of withdrawal of counsel.  DN 48.  On September 16, 2019, the government filed an application for entry of default by the clerk against interests of all potential claimants except for claimant and, on September 18, 2019, the clerk entered default.  DN 47 and 49.

On September 27, 2019, Mr. Greenberg filed an ex parte application to continue the government's motions to strike the claim of 10681 Production Avenue, LLC.  DN 50.  The government opposed claimant's motion on September 30, 2019.  DN 51.  On October 2, 2019, this Court granted claimant's ex parte application, continuing the hearing on the government's motions to December 13, 2019.  DN 52.  Claimant's opposition to the government's motions is due on November 22, 2019 and, the government's reply is due on November 29, 2019.  *Id.*

DATED: November 14, 2019       NICOLA T. HANNA
                                United States Attorney
                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division

                                 _____/s/ Steven R. Welk_____
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

4