**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ED CV 17-1872-DMG (SPx) |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION PURSUANT TO RULE 41(a)(2) [115] |
| REAL PROPERTY LOCATED AT 10681 PRODUCTION AVENUE, FONTANA, CALIFORNIA, | |
| Defendant. | |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor,

IT IS ORDERED that this action is dismissed pursuant to Federal Rule of Civil Procedure Rule 41(a)(2).  This order of dismissal shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED:  May 18, 2026

_____
DOLLY M. GEE
Chief United States District Judge

2